�socAO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

David A. Warner, et al.,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 3:07cv397

Wood County Sheriff's Department, et al.,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the Motion for Summary Judgment is granted and the case is dismissed against all Defendants.  Case dismissed.

 

**/s/ Vernelis K. Armstrong**
Vernelis K. Armstrong
United States Magistrate Judge

 

| 9/30/08 | GERI M. SMITH |
|---|---|
| Date | Clerk |

/s/ Pamela A. Armstrong
Deputy Clerk